No. 68413.—K. Heitz Import Company v. United States, protest 62/11813 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic slide frames or mounts similar in all material respects to those the subject of Abstract 64154, the claim of the plaintiff was sustained.

No. 68414.—John H. Faunce Phila., Inc., et al. v. United States, protests 58/23243, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of monophoto machines or parts thereof similar in all material respects to those the subject of *Lanston Industries, Inc.* v. *United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 6, 1964

No. 68415.—Barbara Michaels Laces, Inc., et al. v. United States, protests 205444–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of lace, not wholly or in chief value of cotton, rayon, or silk and that said lace is wholly or in chief value of a synthetic fiber (nylon), the claim of the plaintiffs was sustained.